**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Angel MAYORGA–SILVA, aka Mario Lopez; Ramiro Sanchez–Carrias, Defendant–Appellant.**

**No. 00–10087.**
**D.C. No. CR–99–00293–JBR.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided Feb. 22, 2001.

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

decision. *United States v. Pinto*, 48 F.3d 384, 389 (9th Cir.1995).

DISMISSED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Raul HERNANDEZ–BAUTISTA, Defendant–Appellant.

No. 00–10130.
D.C. No. CR 99–110–DWH.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

Before LEAVY, THOMAS and RAWLINSON, Circuit Judges.

Before GOODWIN, LEAVY and THOMAS, Circuit Judges.

MEMORANDUM[2]

Angel Mayorga–Silva appeals his 77–month sentence imposed following his guilty plea to one count of unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326(a) and (b). We dismiss.

Mayorga–Silva contends that the district court erred when it denied his request for a downward departure based on sentencing disparities among district courts within the Ninth Circuit. Because the record indicates that the district court exercised its discretion in denying Mayorga–Silva's request for downward departure, we lack jurisdiction to review the district court's

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.